UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JORGE ROMERO and
LUCIA OROZCO,

        Plaintiffs,

    v.

INDYMAC FEDERAL BANK;
CITIMORTGAGE; SECURITY
MORTGAGE FUNDING CORP.;
QUALITY LOAN SERVICE CORP.;
ONEWEST BANK, FSB; MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS, INC.; HUONG LO; and
DOES 1-20 INCLUSIVE,

        Defendants.

No. 2:09-cv-02889-MCE-DAD

MEMORANDUM AND ORDER

----oo0oo----

Through the present action, Plaintiffs Jorge Romero and Lucia Orozco ("Plaintiffs") seek monetary and injunctive relief from Defendants CitiMortgage, Inc. and Mortgage Electronic Registration Systems, Inc. in its capacity as nominee/beneficiary of Plaintiffs' CitiMortage-administered Deed of Trust (collectively "Defendants") for a litany of state and federal claims arising out of Plaintiffs' financing of their home in 2006.

1

Presently before the Court is a Motion by Defendants to Dismiss the claims alleged against them in Plaintiffs' First Amended Complaint for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6). Additionally, Defendants move to strike portions of Plaintiffs' Amended Complaint pursuant to Federal Rule of Civil Procedure 12(f).[1]

As alleged against Defendants, Plaintiffs' only federal cause of action is for violation of the Real Estate Settlement Procedures Act ("RESPA"), 12 U.S.C. § 2605. However, Plaintiffs' Opposition to Defendants' Motion to Dismiss specifically concedes this point and respectfully requests that the RESPA claim be dismissed.

Plaintiffs are cautioned against filing a complaint in this Court and then dismissing the federal claims as soon as a Motion to Dismiss is filed. Nonetheless, with only state law claims remaining, this Court ceases to have subject matter jurisdiction over the Plaintiffs' suit as alleged against Defendants. The Court declines to exercise its supplemental jurisdiction over the remaining state causes of action and they are dismissed without prejudice.

The Court need not address the merits of Defendants' Motion to Dismiss (Docket No. 21) as those issues are now moot. Similarly, Defendants' Motion to Strike (Docket No. 23) is DENIED as moot.

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 230(g).

1    For the reasons stated above, the Court dismisses Defendants
2 CitiMortgage, Inc. and Mortgage Electronic Registration Systems,
3 Inc. in its capacity as nominee/beneficiary of Plaintiffs'
4 CitiMortage-administered Deed of Trust.  The suit brought against
5 Defendants is REMANDED to Superior Court of California, County of
6 Sacramento.  The Clerk is directed to terminate the Defendants.
7    IT IS SO ORDERED.
8
 Dated: March 26, 2010
9
10                              _____
11                              MORRISON C. ENGLAND, JR.
                                UNITED STATES DISTRICT JUDGE