UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----

JORGE ROMERO and  
LUCIA OROZCO,

    Plaintiffs,

    v.

INDYMAC FEDERAL BANK;  
CITIMORTGAGE; SECURITY  
MORTGAGE FUNDING CORP.;  
QUALITY LOAN SERVICE CORP.;  
ONEWEST BANK, FSB; MORTGAGE  
ELECTRONIC REGISTRATION  
SYSTEMS, INC.; HUONG LO; and  
DOES 1-20 INCLUSIVE,

    Defendants.

No. 2:09-cv-02889-MCE-DAD

<u>MEMORANDUM AND ORDER</u>

----oo0oo----

    This action arises out of a mortgage loan transaction in which Plaintiffs Jorge Romero and Lucia Orozco ("Plaintiffs") financed their home in 2006.

    Presently before the Court is a Motion by the Federal Deposit Insurance Corporation as Receiver for Indymac Federal Bank, FSB ("FDIC") to substitute in as Defendant in the place of named Defendant Indymac Federal Bank ("Indymac") pursuant to Federal Rule of Civil Procedure 25(c).

The FDIC so moves on the ground that as receiver for Indymac, the FDIC has succeeded to all the rights, titles, powers, and privileges of Indymac, including resolution of outstanding claims.

Good cause having been shown, and with no party having opposed, the Motion of FDIC to Substitute as Receiver for Indymac in the instant action (Docket No. 35) is GRANTED. The Clerk is directed to substitute "Federal Deposit Insurance Corporation as Receiver for Indymac Federal Bank, FSB" for named Defendant Indymac Federal Bank.[1]

IT IS SO ORDERED.

Dated: April 8, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs. E.D. Cal. Local Rule 230(g).

2